**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE, <br><br>　　　　　　　Plaintiffs, <br><br>vs. <br><br>PRESENCE CONSTRUCTION SERVICES, LLC, a Washington Limited Liability Company; BIONE RIGGIO, an individual; WESTERN SURETY COMPANY, a South Dakota Corporation, <br><br>　　　　　　　Defendants. | CASE NO.: 2:25-cv-02632-JHC <br><br> **ORDER FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT AND FOR LEAVE TO SERVE BY MAIL AND PUBLICATION** |

The Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* (collectively "Plaintiffs"), have moved the Court for a 60-day extension of time to serve Defendant Bione Riggio with the Summons and Complaint and for leave to serve Bione Riggio by mail and by

ORDER FOR EXTENSION OF TIME TO SERVE
SUMMONS AND COMPLAINT
Case No.: 2:25-cv-02632-JHC

publication.  Dkt. # 9.  Having reviewed the Motion and Declaration of Counsel in support thereof, and with good cause appearing, the Court ORDERS:

Plaintiffs shall have through May 18, 2026, in which to serve Defendant Bione Riggio with the Summons and Complaint.  Plaintiffs are authorized to serve the Summons and Complaint upon Bione Riggio by publication and mail.

Dated: March 19, 2026.

_John H. Chun_

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER FOR EXTENSION OF TIME TO SERVE
SUMMONS AND COMPLAINT
Case No.: 2:25-cv-02632-JHC