**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>PRESENCE CONSTRUCTION SERVICES, LLC, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-02632-JHC<br><br>**ORDER FOR DEFAULT JUDGMENT** |

Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* by and through their counsel of record, Christensen James & Martin, have moved the Court for Default Judgment to be entered in favor of Plaintiffs and against Defendants PRESENCE CONSTRUCTION SERVICE, LLC and BIONE RIGGIO, jointly and severally. Dkt. # 22.

Having reviewed the Motion for Default Judgment (which properly applies the factors under *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986)), Declarations, supporting exhibits, and with good cause appearing, this Court enters the following order:

**NOW, THEREFORE**, pursuant to FRCP 55(b),

**IT IS HEREBY ORDERED** that Plaintiffs be awarded a Default Judgment against PRESENCE CONSTRUCTION SERVICE, LLC and BIONE RIGGIO, jointly and severally, for the following amounts due:

| | |
|---|---|
| Contributions: | $ 16,113.38 |
| Interest: | $ 3,678.41 |
| Liquidated Damages: | $ 5,401.91 |

| | |
|---|---|
| Audit Fees: | $ 6,026.25 |
| Attorney's Fees: | $ 15,056.50 |
| Costs: | $ 1,772.90 |
| **Total** | **$ 48,049.34** |

**IT IS HEREBY FURTHER ORDERED** that PRESENCE CONSTRUCTION SERVICE, LLC and BIONE RIGGIO shall, within thirty (30) days of entry of this Order, produce to Plaintiffs complete payroll records, including payroll registers, job classification records, unemployment insurance tax returns, job cost reports, subcontract agreements, and cash disbursement journals, for a payroll compliance audit for the period of July 1, 2024 through the date of entry of this Order. In the event that such audit determines that additional amounts are owed, Plaintiffs may file a motion to amend the judgment to include any such contributions, interest, liquidated damages, audit fees, attorney's fees, and costs determined to be owed by the audit under the CBAs, Trust Agreements, and 29 U.S.C. § 1132(g)(2).

**IT IS HEREBY FURTHER ORDERED** that upon entry of judgment, Plaintiffs are entitled to post-judgment interest at the highest rate allowed by law.

**IT IS HEREBY FURTHER ORDERED** that the Clerk of the Court shall enter judgment consistent with this Order.

**IT IS SO ORDERED.**

Dated: October 16, 2026.

John H. Chun
United States District Judge